IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:17CR135** |
| vs. | |
| DAVID N. SHERIDAN, JR., | ORDER TO SHOW CAUSE |
| Defendant. | |

The Court's records show the Office of the Clerk of Court sent a notice on September 5, 2017 (Filing No. 27), to Robb N. Gage by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on September 20, 2017, the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before October 5, 2017,** attorney Robb N. Gage, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing Robb N. Gage as counsel of record for the Defendant.

Dated this 21st day of September, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge